### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISION (COVINGTON)

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor | : : : | |
| Plaintiff, | : : | CASE NO. 2:18-cv-00033-WOB-CJS |
| v. | : : | Honorable William O. Bertelsman |
| ESTATE OF DALLAS R. TRINKLE, Jr.; et al. | : : : | Magistrate Candace J. Smith |
| Defendants. | : : | |

## AGREED ORDER

Upon agreement of the Plaintiff and Defendant Christine Trinkle, as legal guardian of Gail Trinkle, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED, that Defendant Christine Trinkle, as legal guardian of Gail Trinkle, is granted until June 5, 2018 to file her Answer, or otherwise plead in response to Plaintiff's Complaint (Doc. 1).

Dated this 22nd day of May, 2018.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

**SEEN AND AGREED TO BY:**

/s/ Matthew M. Scheff via email on 05/17/2018
Matthew M. Scheff (OH 82229)
United States Department of Labor
Office of the Solicitor
1240 East Ninth St., Room 881
Cleveland, OH 44199
(216) 552-3879
Scheff.matthew@dol.gov

Counsel for Plaintiff


***/s/ Benjamin G. Dusing***
Benjamin G. Dusing (89178)
Stephanie F. Kessler (96997)
FARUKI IRELAND COX RHINEHART &
DUSING PLL
Suite 1420
201 East Fifth Street
Cincinnati, Ohio 45202
Telephone:  (937) 227-3700
Telecopier:  (937) 227-3717
Email: bdusing@ficlaw.com
skessler@ficlaw.com

Counsel for Defendant Christine Trinkle