Eastern District of Kentucky
**F I L E D**

JUN -4 2018

AT COVINGTON
ROBERT R. C...
CLERK U.S. DISTRIC...

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (Covington)

---

R. ALEXANDER ACOSTA, Secretary of :
Labor, United States Department of Labor, :
: Case No. 2:18-cv-00033
Plaintiff, :
: Judge Bertelsman
v. :
: Mag. Judge Smith
CHRISTINE TRINKLE, as legal guardian :
of DALLAS R. TRINKLE, Jr., et. al., :
:
Defendants. :
:

---

## ENTRY OF DEFAULT

It appearing from the files and records in this case that Defendant Acramold Engineering, Inc. waived service, and that more than sixty (60) days have passed since the date the waiver was sent, and that Defendant Acramold Engineering, Inc. has failed to answer or otherwise defend this action:

It is ORDERED that the default of Defendant Acramold Engineering, Inc. for failure to appear or plead is hereby entered in this case.

Dated: June 4, 2018.

Elaine C. Oldiges, D.C.
CLERK
U.S. DISTRICT COURT