# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION (Covington)

| | | |
|---|---|---|
| **R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor** | : : : | |
| **Plaintiff,** | : : | |
| v. | : : | CASE NO. 2:18-cv-00033-WOB-CJS |
| **ESTATE OF DALLAS R. TRINKLE, Jr., et al.** | : : : | **Honorable William O. Bertelsman**<br>**Magistrate Candace J. Smith** |
| **Defendants.** | : : : : : : | |

## ANSWER OF DEFENDANT, CHRISTINE TRINKLE, IN HER CAPACITY AS LEGAL GUARDIAN OF GAIL A. TRINKLE, TO COMPLAINT

Defendant Christine Trinkle ("C. Trinkle"), in her capacity as legal guardian of Gail A. Trinkle, answers Plaintiff's Complaint as follows:

1. Paragraph 1 of Plaintiffs' Complaint sets forth a narrative and states legal conclusions that do not require a response by C. Trinkle. To the extent that any response is required, C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 of the Complaint and, therefore, denies those allegations.

2. C. Trinkle admits the allegations contained in paragraph 2 of the Complaint.

3. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 of the Complaint and, therefore, denies those allegations.

4. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4 of the Complaint and, therefore, denies those allegations.

5. Paragraph 5 of Plaintiffs' Complaint sets forth a narrative and states legal conclusions that do not require a response by C. Trinkle. To the extent that any response is required, C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the Complaint and, therefore, denies those allegations.

6. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Complaint and, therefore, denies those allegations.

**DEFENDANTS**

7. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 of the Complaint and, therefore, denies those allegations.

8. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 of the Complaint and, therefore, denies those allegations.

9. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of the Complaint and, therefore, denies those allegations.

10. C. Trinkle admits the allegations contained in paragraph 10 of the Complaint.

11. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 of the Complaint and, therefore, denies those allegations.

12. C. Trinkle admits she is the legally-appointed conservator and guardian of Gail Trinkle. The remaining allegations in paragraph 12 of the Complaint state legal conclusions that do not require a response by C. Trinkle. To the extent that any response is required, C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 of the Complaint and, therefore, denies those allegations.

**COUNT ONE**

13. C. Trinkle incorporates by reference her Answers to paragraphs 1 through 12 of the Complaint as if fully rewritten herein.

14. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 of the Complaint and, therefore, denies those allegations.

15. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 of the Complaint and, therefore, denies those allegations.

16. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 of the Complaint and, therefore, denies those allegations.

17. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the Complaint and, therefore, denies those allegations.

18. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 of the Complaint and, therefore, denies those allegations.

19. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 of the Complaint and, therefore, denies those allegations.

20. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 of the Complaint and, therefore, denies those allegations.

21. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 of the Complaint and, therefore, denies those allegations.

   22. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 of the Complaint and, therefore, denies those allegations.

   23.

    A. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23.A of the Complaint and, therefore, denies those allegations.

    B. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23.B of the Complaint and, therefore, denies those allegations.

    C. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23.C of the Complaint and, therefore, denies those allegations.

    D. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23.D of the Complaint and, therefore, denies those allegations.

    E. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23.E of the Complaint and, therefore, denies those allegations.

    F.  C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23.F of the Complaint and, therefore, denies those allegations.

    G.  C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23.G of the Complaint and, therefore, denies those allegations.

  24.  C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 of the Complaint and, therefore, denies those allegations.

  25.  C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 of the Complaint and, therefore, denies those allegations.

## COUNT TWO

  26.  C. Trinkle incorporates by reference her Answers to paragraphs 1 through 25 of the Complaint as if fully rewritten herein.

  27.  C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 of the Complaint and, therefore, denies those allegations.

28. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28 of the Complaint and, therefore, denies those allegations.

29. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 of the Complaint and, therefore, denies those allegations.

30. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30 of the Complaint and, therefore, denies those allegations.

31. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31 of the Complaint and, therefore, denies those allegations.

32. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32 of the Complaint and, therefore, denies those allegations.

33.

　　A. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33.A of the Complaint and, therefore, denies those allegations.

    B.  C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33.B of the Complaint and, therefore, denies those allegations.

    C.  C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33.C of the Complaint and, therefore, denies those allegations.

    D.  C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33.D of the Complaint and, therefore, denies those allegations.

    E.  C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33.E of the Complaint and, therefore, denies those allegations.

    34.  Paragraph 34 of Plaintiff's Complaint states legal conclusions that do not require a response from C. Trinkle.  To the extent that any response is required, C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34 of the Complaint and, therefore, denies those allegations.

    35.  Paragraph 35 of Plaintiff's Complaint states legal conclusions that do not require a response from C. Trinkle.  To the extent that any response is required, C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 of the Complaint and, therefore, denies those allegations.

36. Paragraph 36 of Plaintiff's Complaint states legal conclusions that do not require a response from C. Trinkle. To the extent that any response is required, C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36 of the Complaint and, therefore, denies those allegations.

## COUNT THREE

37. C. Trinkle incorporates by reference her Answers to paragraphs 1 through 36 of the Complaint as if fully rewritten herein.

38. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 of the Complaint and, therefore, denies those allegations.

39. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 of the Complaint and, therefore, denies those allegations.

40. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40 of the Complaint and, therefore, denies those allegations.

41. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 of the Complaint and, therefore, denies those allegations.

42.

    A.  C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42.A of the Complaint and, therefore, denies those allegations.

    B.  C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42.B of the Complaint and, therefore, denies those allegations.

    C.  C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42.C of the Complaint and, therefore, denies those allegations.

  43. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43 of the Complaint and, therefore, denies those allegations.

## COUNT FOUR

  44. C. Trinkle incorporates by reference her Answers to paragraphs 1 through 43 of the Complaint as if fully rewritten herein.

  45. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45 of the Complaint and, therefore, denies those allegations.

46. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46 of the Complaint and, therefore, denies those allegations.

47. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47 of the Complaint and, therefore, denies those allegations.

48.

   A. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 48.A of the Complaint and, therefore, denies those allegations.

   B. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 48.B of the Complaint and, therefore, denies those allegations.

   C. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 48.C of the Complaint and, therefore, denies those allegations.

49. C. Trinkle lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49 of the Complaint and, therefore, denies those allegations.

## ADDITIONAL DEFENSES

Without admitting to the truth of any of the allegations in the Complaint that have previously been denied, and without admitting that C. Trinkle bears any burden of proof as to the allegations in the Complaint or the defenses herein, C. Trinkle asserts the following additional defenses. C. Trinkle also intends to rely upon any defenses that become available or apparent during pretrial proceedings and discovery in this action, and hereby reserves the right to amend this Answer in order to assert all such further defenses.

### FIRST ADDITIONAL DEFENSE

The Complaint fails to state a claim for relief as to C. Trinkle.

### SECOND ADDITIONAL DEFENSE

Plaintiffs' claims are barred by their failure to join necessary and/or indispensable parties under Fed.R.Civ.P. 19.

### THIRD ADDITIONAL DEFENSE

The Compliant fails to meet the pleading standard set forth in Fed.R.Civ.P. 9(b).

### FOURTH ADDITIONAL DEFENSE

Plaintiff's claims are barred by the applicable statutes of limitations.

### FIFTH ADDITIONAL DEFENSE

Some or all of Plaintiff's claims are barred in whole or in part by the acts or omissions of Plaintiffs or of third parties over whom Gail A. Trinkle has/had no control, and for whose actions Gail A. Trinkle is not responsible.

WHEREFORE, C. Trinkle asks this Court to dismiss Plaintiff's Complaint with prejudice, award C. Trinkle her costs and attorney's fees associated with this action, and grant C. Trinkle such further relief as the Court finds just, necessary, and appropriate.

Respectfully submitted,

*/s/ Benjamin G. Dusing*
Benjamin G. Dusing (89178)
Stephanie F. Kessler (96997)
FARUKI IRELAND COX RHINEHART & DUSING PLL
201 East Fifth Street, Suite 1420
Cincinnati, Ohio 45202
Telephone: (937) 227-3700
Email: bdusing@ficlaw.com
skessler@ficlaw.com

*Counsel for Defendant Christine Trinkle, as legal guardian of Gail A. Trinkle.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of June, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Benjamin G. Dusing*
Benjamin G. Dusing (89178)

1278723.1