**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION**
(Covington)

| | |
|---|---|
| **R. ALEXANDER ACOSTA**, Secretary of Labor, United States Department of Labor, | : : : |
| Plaintiff, | : Case No. 2:18-cv-00033-WOB-CJS : : Judge Bertelsman |
| v. | : : Magistrate Judge Smith |
| **ESTATE OF DALLAS R. TRINKLE, Jr.**, et. al., | : : : |
| Defendants, | : : |

### AGREED MOTION TO VACATE JULY 24, 2018 DOCKET CALL AND DEADLINE FOR PROPOSED SCHEDULING ORDER

Now comes Plaintiff R. Alexander Acosta, Secretary of Labor, U.S. Department of Labor ("Secretary") and moves the Court to vacate the July 24, 2018 Docket Call and Deadline for Proposed Scheduling Order [Docs. 15, 16], and reschedule those events after Defendant Estate of Dallas R. Trinkle, Jr. ("Estate"), has appeared and filed an answer or other responsive pleading to the Secretary's complaint. In support of the Motion, the Secretary states as follows:

1)   The Secretary's complaint was filed on March 5, 2018. [Doc. 1].

2)   All Defendants, except for the Estate, have been served. [Docs. 4, 5, 6, 7].

3)   All Defendants, except for the Estate, have answered, been defaulted, or do not need to answer.[1]

---

[1] The Acramold, Inc. Defined Benefit Plan and the Acramold Engineering, Inc. 401(k) Profit Sharing Plan are named as defendants pursuant to Rule 19(a) of the Federal Rules of Civil Procedure solely to assure that complete relief can be granted. Therefore, answers by these parties are not necessary for the case to proceed.

1

4) On July 17, 2017, undersigned counsel spoke to attorney Alexander Edmondson, who advised undersigned counsel that he has very recently been hired to represent the Estate and that he intends to file a notice of appearance on behalf of the Estate this week.

Wherefore, in the interest of judicial efficiency, the Secretary respectfully requests that the Court vacate the July 24, 2018 Docket Call and deadline for the Proposed Scheduling Order, and reschedule those events after the Estate has appeared and filed an answer or other responsive pleading to the Secretary's Complaint.

Undersigned counsel has provided a copy of this motion to Mr. Edmondson (counsel for the Estate), and Ms. Kessler (counsel for Defendant Christine Trinkle, in her capacity as legal guardian of Gail A. Trinkle), and both parties are in agreement with the relief sought in the motion.

Respectfully Submitted,

Dated: July 19, 2018

/s/ Matthew M. Scheff
**MATTHEW M. SCHEFF (OH 82229)**
Trial Attorney

United States Department of Labor
Office of the Solicitor
1240 East Ninth St., Room 881
Cleveland, OH  44199
(216) 522-3878
(216) 522-7172 (Fax)
scheff.matthew@dol.gov

OF COUNSEL:

KATE S. O'SCANNLAIN
Solicitor of Labor

CHRISTINE Z. HERI
Regional Solicitor

            BENJAMIN T. CHINNI
            Associate Regional Solicitor

## **CERTIFICATE OF SERVICE**

I certify that on July 19, 2018, the foregoing *Agreed Motion to Vacate July 24, 2018 Docket Call and Deadline for Proposed Scheduling Order* was filed with the Court's electronic filing service, which will cause service to be made on all parties.

/s/ Matthew M. Scheff
MATTHEW M. SCHEFF
Attorney for the Secretary