**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**(Covington)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| **R. ALEXANDER ACOSTA**, Secretary of Labor, United States Department of Labor, | : |
| | : |
| | : Case No. 2:18-cv-00033-WOB-CJS |
| Plaintiff, | : |
| | : Judge Bertelsman |
| v. | : |
| | : Magistrate Judge Smith |
| **ESTATE OF DALLAS R. TRINKLE, Jr**., et. al., | : |
| | : |
| | : |
| Defendants, | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## <u>STATUS REPORT</u>

Now comes Plaintiff R. Alexander Acosta, Secretary of Labor, U.S. Department of Labor ("Secretary") and pursuant to the Court's Order [Doc. 19],[1] dated August 14, 2018, states as follows:

1)     Defendant Estate of Dallas R. Trinkle, Jr. ("Estate"), returned a waiver of service to the Secretary on August 27, 2018, which the Secretary has filed with the Court. [Doc. 20].

2)     The parties are actively engaged in discussions regarding possible approaches to resolution of the case.

Respectfully Submitted,

Dated: <u>August 28, 2018</u>

<u>/s/ Matthew M. Scheff</u>
**MATTHEW M. SCHEFF (OH 82229)**
Trial Attorney

---

[1]The Court ordered Plaintiff to "file a Status Report updating on the status of service of process on the Defendant Estate and efforts to bring the Estate before the Court and move this case forward."

United States Department of Labor
Office of the Solicitor
1240 East Ninth St., Room 881
Cleveland, OH  44199
(216) 522-3878
(216) 522-7172 (Fax)
scheff.matthew@dol.gov

OF COUNSEL:

KATE S. O'SCANNLAIN
Solicitor of Labor

CHRISTINE Z. HERI
Regional Solicitor

BENJAMIN T. CHINNI
Associate Regional Solicitor

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 28, 2018, the foregoing *Status Report* was filed with the Court's

electronic filing service, which will cause service to be made on all parties.

<u>/s/ Matthew M. Scheff</u>
MATTHEW M. SCHEFF
Attorney for the Secretary