UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| CASE NO. | STYLE OF ACTION |
|---|---|
| 18-33 | R. ALEXANDER ACOSTA V. DALLAS R. TRINKLE, JR., ET AL. |
| 18-119 | DESTINY CROSS V. DEFENDERS, INC. |
| 18-138 | NITIN N. KUMBHANI, ET AL V. C.I.E. TRANSPORT, INC., ET AL. |

- ORDER -

Pursuant to Rule 16(b):

The Court having reviewed the record in the above-styled actions and coming to the conclusion that said actions should be placed on the Court's next Docket Call,

**IT IS ORDERED** that said Docket Call be, and hereby is, set for **WEDNESDAY, OCTOBER 10TH, 2018 AT 1:00 P.M.**, to be held at the United States Courthouse, 35 West Fifth Street, Covington, Kentucky in the 5th Floor Courtroom. The parties shall confer and file a proposed scheduling order **at least three (3) days before docket call**.

Counsel must attend the docket call in person and be sufficiently familiar with the case to answer any inquires the Court may have.

This 20th day of September, 2018.



Signed By:
William O. Bertelsman  WOB
United States District Judge

See also F.R.Civ.P. 26(f)