UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(Covington)

---

**R. ALEXANDER ACOSTA**, Secretary of Labor, United States Department of Labor,

              Plaintiff,

v.

**ESTATE OF DALLAS R. TRINKLE, Jr.**, et. al.,

              Defendants,

Case No. 2:18-cv-00033-WOB-CJS

Judge Bertelsman

Magistrate Judge Smith

---

## STATUS REPORT

Now comes Plaintiff R. Alexander Acosta, Secretary of Labor, U.S. Department of Labor ("Secretary"), and pursuant to the Court's Order of October 19, 2018, ordering the parties to provide a status report, "advising the Court on the status of settlement" [Doc. 26], states as follows:

    1)    Messrs. Wolff and Edmondson, attorneys in this matter for Defendant Estate of Dallas Trinkle, Jr. and attorneys for Christine Trinkle, as legal guardian of Gail A. Trinkle in the state conservatorship and guardianship proceeding, have represented to the Secretary that their administration of the Estate of Dallas R. Trinkle is nearing completion and that they expect to provide the Secretary with a summary or report by December 31, 2018, identifying the status and assets of the estate.

    2)    Messrs. Wolff and Edmondson have further represented to the Secretary that the principal asset owned by Defendant Gail A. Trinkle, a piece of real property, was recently sold, and that due to this sale having occurred, they expect to provide the Secretary with a summary or

report by December 31, 2018, identifying the status and assets of the conservatorship/guardianship estate of Mrs. Trinkle.

    3)    Once the summaries/reports referred to above are provided, the parties anticipate that a consent judgment fully resolving this matter can be reached within thirty (30) days.

    4)    The Secretary has provided a copy of this status report to Messrs. Wolff and Edmondson, and they are in agreement. The Secretary has also provided a copy of this status report to Mr. Flottman, attorney for Christine Trinkle, as legal guardian of Gail A. Trinkle, in this matter. Mr. Flottman has not responded, and it is believed that he currently involved in a multi-week trial. However, none of the parties expects that Mr. Flottman would have any objection to this status report.

Respectfully Submitted,

Dated: December 10, 2018

/s/ Matthew M. Scheff
**MATTHEW M. SCHEFF (OH 82229)**
Trial Attorney

United States Department of Labor
Office of the Solicitor
1240 East Ninth St., Room 881
Cleveland, OH  44199
(216) 522-3878
(216) 522-7172 (Fax)
scheff.matthew@dol.gov

OF COUNSEL:

KATE S. O'SCANNLAIN
Solicitor of Labor

CHRISTINE Z. HERI
Regional Solicitor

BENJAMIN T. CHINNI
Associate Regional Solicitor

## CERTIFICATE OF SERVICE

I certify that on December 10, 2018, the foregoing *Status Report* was filed with the Court's electronic filing service, which will cause service to be made on all parties.

/s/ Matthew M. Scheff
MATTHEW M. SCHEFF
Attorney for the Secretary
