Eastern District of Kentucky
**F I L E D**

APR 24 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(Covington)

------------------------------

R. ALEXANDER ACOSTA, Secretary of :
Labor, United States Department of Labor, :
: Case No. 2:18-cv-00033-WOB-CJS
Plaintiff, :
: Judge Bertelsman
v. :
: Magistrate Judge Smith
**ESTATE OF DALLAS R. TRINKLE,** :
**Jr.**, et. al., :
:
Defendants, :
:

------------------------------

## CONSENT JUDGMENT AND ORDER AS TO DEFENDANTS ESTATE OF DALLAS R. TRINKLE, JR. AND CHRISTINE TRINKLE, AS LEGAL GUARDIAN OF GAIL A. TRINKLE, REGARDING COUNTS TWO AND FOUR

R. Alexander Acosta, Secretary of Labor ("Secretary"), United States Department of Labor, filed a complaint against the Estate of Dallas R. Trinkle, Jr.; Christine Trinkle, as Legal Guardian of Gail A. Trinkle; and Acramold Engineering, Inc., alleging that they violated their fiduciary obligations under Title I of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§1001, *et seq.*, with respect to the administration of the Acramold, Inc. Defined Benefit Plan ("DB Plan") and the Acramold Engineering, Inc. 401(k) Profit Sharing Plan ("401(k) Plan").

Defendants Estate of Dallas R. Trinkle, Jr. and Christine Trinkle, as Legal Guardian of Gail A. Trinkle ("Trinkle Defendants"), having answered, admit to the jurisdiction of this Court over them and the subject matter of this action.

The Secretary and the Trinkle Defendants agree to resolve all claims and issues between and among them with respect to Counts 2 and 4 of the Secretary's complaint (except for the

1

imposition by the Secretary of any penalties pursuant to ERISA §502(l), 29 U.S.C. §1132(l), and any proceeding related thereto)[1], do now accordingly consent to the entry of this Consent Judgment and Order ("Judgment") by the Court.

The parties agree that, if the Secretary of Labor assesses a penalty pursuant to ERISA §502(l) in connection with the violations alleged in this matter, the "applicable recovery amount" shall include all amounts paid in accordance with this Judgment.

Now, therefore, upon consideration of the record herein, and as agreed to by the parties hereto, the Court finds that it has jurisdiction to enter this Judgment, and being fully advised in the premises, it is,

**ORDERED, ADJUDGED AND DECREED** that:

1. Gail A. Trinkle is permanently enjoined and restrained from violating the provisions of Title I of ERISA, 29 U.S.C. §§1001, *et seq.*

2. Except for terminating the 401(k) Plan in accordance with this Judgment and ERISA, Gail A. Trinkle is permanently enjoined from serving or acting as a fiduciary and/or service provider with respect to any employee benefit plan subject to ERISA.

3. Pursuant to Section 1502(a) of the Taxpayer Relief Act of 1997, Pub. L. No. 105-34, Section 1502(a), 111 Stat. 788, 1058-59 (1997) (codified at 29 U.S.C. Section 1056(d)(4)), the benefits (if any) to which Defendants Estate of Dallas R. Trinkle and Gail A. Trinkle are entitled under the 401(k) Plan are set off against the losses owed to the 401(k) Plan. Judgment is therefore entered against the Trinkle Defendants, jointly and severally, in the amount of **$12,136.48**, which is the amount that must be added to the 401(k) Plan to make the 401(k) Plan's

---

[1] This Judgment does not address the Secretary's claims with respect to Counts 1 and 3 of the Complaint, relating to the DB Plan. Those claims remain pending.

non-fiduciary participants whole, following set off of any benefits to which the Trinkle Defendants may be entitled.

    4.      The Trinkle Defendants shall restore $12,136.48 to the 401(k) Plan, by payment to the 401(k) Plan's asset custodian, Woodbury Financial, Attn: Amy M. Harbort, 7755 3rd Street North, Oakdale, MN 55128, within 10 days of entry of this Judgment. Proof of payment shall be provided to: Regional Director, Employee Benefits Security Administration, Fort Wright Executive Building I, Suite 210, 1885 Dixie Highway, Fort Wright, KY 41011-2664 within 3 days of payment.

    5.      Within 20 days of entry of this Judgment, the Trinkle Defendants shall begin the process of terminating the 401(k) Plan by taking the following steps:

    a)      Directing Woodbury Financial to allocate the 401(k) Plan's assets as follows: 96.75% to participant John Cragwall and 3.25% to participant Joseph Truong.

    b)      Requesting and signing termination documents for the 401(k) Plan.

    c)      Issuing termination paperwork to the 401(k) Plan's two participants.

    d)      Signing off on the distributions (after participants have returned termination paperwork).

    e)      Filing a final Annual Return (Form 5500), reflecting that the 401(k) Plan has been terminated.

    6.      After performing the actions listed in paragraph 5, above, the Trinkle Defendants shall provide proof of termination of the 401(k) Plan to the Regional Director, Employee Benefits Security Administration, at the address identified above.

    7.      Each party agrees to bear its/his/her own attorneys' fees, costs, and other expenses incurred by such party in connection with any stage of this proceeding to date including, but not

limited to, attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

8. There is no just reason to delay the entry of this Judgment, and this Court expressly directs entry thereof as a final Decree and Order pursuant to Fed. R. Civ. P. 54(b).

9. The Court retains jurisdiction for purposes of enforcing compliance with the terms of this Judgment.

10. Nothing in this Judgment is binding on any government agency other than the United States Department of Labor.

DATED this 24th day of April, 2019.

Signed By: W.O.B.
William O. Bertelsman
United States District Judge

WILLIAM O. BERTELSMAN
United States District Judge

Agreed to by:

Dated: 4/16/2019

/s/ Matthew M. Scheff
MATTHEW M. SCHEFF (82229 (OH))
Trial Attorney
United States Department of Labor
Office of Solicitor
1240 East Ninth Street., Room 881
Cleveland, Ohio 44199
(216) 522-3878
(216) 522-7172 (Fax)
Scheff.matthew@dol.gov

OF COUNSEL:

KATE S. O'SCANNLAIN
Solicitor of Labor

CHRISTINE Z. HERI

Dated: 4/16/2019

/s/ Benjamin G. Dusing (by consent)
BENJAMIN G. DUSING (89178)
The Law Offices of Benjamin G. Dusing
809 Wright Summit Parkway, Suite 120
Fort Wright, KY 41011
(859) 431-5000
bdusing@bgdlaw.com

*Attorney for Defendant Christine Trinkle, as Legal Guardian of Gail A. Trinkle*

Dated: 4/16/2019

/s/ Benjamin N. Wolff (by consent)
BENJAMIN N. WOLFF (92149)
Wolff Law Firm, PLLC

4

Regional Solicitor

BENJAMIN T. CHINNI
Associate Regional Solicitor

*Attorneys for Plaintiff*

28 West Fifth Street
Covington, KY 41011
(859) 757-4345
(859) 757-1248 (fax)
ben@ittakesawolff.com

ALEXANDER F. EDMONDSON
Edmondson & Associates
28 West Fifth Street
Covington, KY 41011
(859) 491-4100
aedmondson@edmondsonlaw.com

*Attorneys for Defendant, Estate of Dallas Trinkle, Jr.*