**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**(Covington)**

| | |
|---|---|
| **R. ALEXANDER ACOSTA**, Secretary of Labor, United States Department of Labor, | : : : |
| Plaintiff, | : Case No. 2:18-cv-00033-WOB-CJS : : |
| v. | : Judge Bertelsman : : Magistrate Judge Smith |
| **ESTATE OF DALLAS R. TRINKLE, Jr.**, et. al., | : : : |
| Defendants, | : : |

**MOTION TO APPROVE CONSENT ORDER AND JUDGMENT RESOLVING REMAINING CLAIMS AS TO DEFENDANTS ESTATE OF DALLAS R. TRINKLE, JR. AND CHRISTINE TRINKLE, AS LEGAL GUARDIAN OF GAIL A. TRINKLE**

Now comes, Plaintiff, through counsel, and respectfully requests that the Court approve and enter the Consent Order and Judgment, attached hereto, which resolves all remaining claims between the Secretary and Defendants Estate of Dallas R. Trinkle, Jr. and Christine Trinkle, as Legal Guardian of Gail A. Trinkle.

                                                Respectfully submitted,

Dated:  May 30, 2019

                                                /s/ Matthew M. Scheff
                                                MATTHEW M. SCHEFF (0082229) (OH)
                                                Trial Attorney

                                                United States Department of Labor
                                                Office of the Solicitor
                                                1240 East Ninth St., Room 881
                                                Cleveland, OH  44199
                                                (216) 522-3878
                                                (216) 522-7172 (Fax)
                                                scheff.matthew@dol.gov

OF COUNSEL:

KATE S. O'SCANNLAIN
Solicitor of Labor

CHRISTINE Z. HERI
Regional Solicitor

BENJAMIN T. CHINNI
Associate Regional Solicitor

**CERTIFICATE OF SERVICE**

I certify that on May 30, 2019, a copy of the foregoing motion was filed with the clerk via the ECF system, which will cause service to be performed on all registered parties.

/s/ Matthew M. Scheff
MATTHEW M. SCHEFF