Eastern District of Kentucky
F I L E D

JUN -4 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(Covington)

---

**R. ALEXANDER ACOSTA**, Secretary of
Labor, United States Department of Labor,

                       Plaintiff,

                v.

**ESTATE OF DALLAS R. TRINKLE,
Jr.**, et. al.,

                       Defendants,

Case No. 2:18-cv-00033-WOB-CJS

Judge Bertelsman

Magistrate Judge Smith

---

## CONSENT JUDGMENT AND ORDER AS TO DEFENDANTS ESTATE OF DALLAS R. TRINKLE, JR. AND CHRISTINE TRINKLE, AS LEGAL GUARDIAN OF GAIL A. TRINKLE

R. Alexander Acosta, Secretary of Labor ("Secretary"), United States Department of Labor, filed a complaint against the Estate of Dallas R. Trinkle, Jr.; Christine Trinkle, as Legal Guardian of Gail A. Trinkle; and Acramold Engineering, Inc., alleging that they violated their fiduciary obligations under Title I of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§1001, *et seq.*, with respect to the administration of the Acramold, Inc. Defined Benefit Plan ("DB Plan") and the Acramold Engineering, Inc. 401(k) Profit Sharing Plan ("401(k) Plan").

Defendants Estate of Dallas R. Trinkle, Jr. and Christine Trinkle, as Legal Guardian of Gail A. Trinkle ("Trinkle Defendants"), having answered, admit to the jurisdiction of this Court over them and the subject matter of this action.

The Secretary and the Trinkle Defendants agree to resolve all remaining claims and issues between and among them regarding the captioned matter (except for the imposition by the

1

Secretary of any penalties pursuant to ERISA §502(l), 29 U.S.C. §1132(l), and any proceeding related thereto) [1], do now accordingly consent to the entry of this Consent Judgment and Order ("Judgment") by the Court.

The parties agree that, if the Secretary of Labor assesses a penalty pursuant to ERISA §502(l) in connection with the violations alleged in this matter, the "applicable recovery amount" shall include all amounts paid in accordance with this Judgment.

Now, therefore, upon consideration of the record herein, and as agreed to by the parties hereto, the Court finds that it has jurisdiction to enter this Judgment, and being fully advised in the premises, it is,

**ORDERED, ADJUDGED AND DECREED** that:

1. The total losses to be restored to the DB Plan are $634,601.19. The value of the funded DB Plan benefits attributable to Defendants Estate of Dallas R. Trinkle and Gail A. Trinkle have been calculated by the Secretary to be $180,989.86 and $225,544.09, respectively. Pursuant to Section 1502(a) of the Taxpayer Relief Act of 1997, Pub. L. No. 105-34, Section 1502(a), 111 Stat. 788, 1058-59 (1997) (codified at 29 U.S.C. Section 1056(d)(4)), any and all benefits to which the Trinkle Defendants are entitled under the DB Plan are set off against the losses to the DB Plan. Accordingly, judgment is entered against Defendants Estate of Dallas R. Trinkle and Gail A. Trinkle, jointly and severally, in the amount of **$228,067.05** (consisting of $634,601.19, minus $180,989.86, minus $225,544.09). This judgment shall be payable to the Pension Benefit Guaranty Corporation, the statutory trustee of the DB Plan.[2] For the avoidance

---

[1] The Secretary and the Trinkle Defendants previously entered into a partial Consent Judgment resolving Counts Two and Four, which was entered by the Court on April 24, 2019 [Doc. 35]. This Judgment resolves all remaining issues in the litigation between the Secretary and the Trinkle Defendants.

[2] Pursuant to an *Agreement for Appointment of Trustee and Termination of Plan*, dated on or about November 13, 2018, the DB Plan was terminated, with an effective termination date of October 31, 2017, and the Pension Benefit Guaranty Corporation was appointed the trustee of the DB Plan pursuant to 29 U.S.C. § 1342(c).

2

of doubt, any benefits to which the Trinkle Defendants are determined to be owed under the DB Plan are fully set-off, and therefore, the Trinkle Defendants shall not be entitled to receive any benefits from the DB Plan, whether in the form of benefits from the DB Plan directly and/or guaranteed benefits from the Pension Benefit Guaranty Corporation.

2. Each party agrees to bear its/his/her own attorneys' fees, costs, and other expenses incurred by such party in connection with any stage of this proceeding to date including, but not limited to, attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

3. There is no just reason to delay the entry of this Judgment, and this Court expressly directs entry thereof as a final Decree and Order pursuant to Fed. R. Civ. P. 54(b).

4. The Court retains jurisdiction for purposes of enforcing compliance with the terms of this Judgment.

5. Nothing in this Judgment is binding on any government agency other than the United States Department of Labor.

DATED this 4th day of June, 2019.

**WILLIAM O. BERTELSMAN**
United States District Judge

Agreed to by:

Dated: 5/30/2019

/s/ Matthew M. Scheff
MATTHEW M. SCHEFF (82229 (OH))
Trial Attorney
United States Department of Labor
Office of Solicitor

Dated: 5/30/2019

/s/ Benjamin G. Dusing (per email consent)
BENJAMIN G. DUSING (89178)
The Law Offices of Benjamin G. Dusing
809 Wright Summit Parkway, Suite 120
Fort Wright, KY 41011

3

1240 East Ninth Street., Room 881
Cleveland, Ohio 44199
(216) 522-3878
(216) 522-7172 (Fax)
Scheff.matthew@dol.gov

OF COUNSEL:

KATE S. O'SCANNLAIN
Solicitor of Labor

CHRISTINE Z. HERI
Regional Solicitor

BENJAMIN T. CHINNI
Associate Regional Solicitor

*Attorneys for Plaintiff*

(859) 431-5000
bdusing@bgdlaw.com

*Attorney for Defendant Christine Trinkle, as Legal Guardian of Gail A. Trinkle*

Dated: 5/30/2019

/s/ Benjamin N. Wolff (per email consent)
BENJAMIN N. WOLFF (92149)
Wolff Law Firm, PLLC
28 West Fifth Street
Covington, KY 41011
(859) 757-4345
(859) 757-1248 (fax)
ben@ittakesawolff.com

ALEXANDER F. EDMONDSON
Edmondson & Associates
28 West Fifth Street
Covington, KY 41011
(859) 491-4100
aedmondson@edmondsonlaw.com

*Attorneys for Defendant, Estate of Dallas Trinkle, Jr.*

4